# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00661REJ-BMK |
| CASE NAME: | In Re: Hawaii Federal Asbestos Case: Mercy S. Byington, etc., et al vs. United States of America |
| ATTYS FOR PLA: | Gary Galiher<br>L. Richard DeRobertis |
| ATTYS FOR DEFT: | Steve Talson, by phone<br>David Fishback, by phone<br>Jane Mahoney, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Robert E. Jones | REPORTER: | In Chambers - no record |
| DATE: | 4/27/2006 | TIME: | 10:25-10:40am |

COURT ACTION:  Record of Status and Scheduling Conference.  Cut-off date for discovery/investigation on sovereign immunity issues is 120 days from today (8/28/06).  Government's dispositive motions deadline is 30 days hence (9/28/06).  Plaintiff shall have 45 days to respond to defendant's motion.

Submitted by: Shari Afuso, Courtroom Manager