EDWARD H. KUBO, JR. (#2499)
United States Attorney
District of Hawaii
R. MICHAEL BURKE (#1902)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752

PETER D. KEISLER
Assistant Attorney General
Civil Division
J. PATRICK GLYNN
Director, Environmental Torts
DAVID S. FISHBACK
Asst. Dir., Environmental Torts

STEVEN M. TALSON
Senior Trial Counsel, Envir. Torts
MARGARET JANE MAHONEY
Trial Attorney, Environmental Torts
U.S. Department of Justice
P.O. Box 340
Washington, D.C. 20044
Telephone: (202) 616-4229; 4226
Facsimile: (202) 616-4473
E-mail: steven.talson@usdoj.gov

Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE | ) | CIVIL NO. 04-00661 REJ-BMK |
| HAWAII FEDERAL ASBESTOS CASES | ) | |
| | ) | CERTIFICATE OF SERVICE |
| This Document Applies To: | ) | |
| | ) | |
| MERCY S. BYINGTON, individually and | ) | |
| as Personal Representative of the Estate of | ) | |
| JIMMY F. BYINGTON, deceased, | ) | |
| EVELINE SHORT, and | ) | |
| | ) | |

BEVERLY ANN HAUOLI ANI, as          )
Prochein Ami for MARGARET BARBARA   )
HA'EIHA'E ANI, a minor,             )
                                    )
              Plaintiffs,           )
                                    )
       vs.                          )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
              Defendant.            )
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true

and correct copy of the United States' First Set of Interrogatories and First Set of Production of

Documents was served on the following at their last known address:

Served by Hand-Delivery

Gary O. Galiher, Esq.                    May 30, 2006
L. Richard De Robertis, Esq.
Jeffrey T. Ono, Esq.
610 Ward Avenue
Second Floor
Honolulu, Hawaii 96814

DATED:  May 30, 2006, at Honolulu, Hawaii.

                                    /s/ Myra Y. Peterson
                                    _____