Of Counsel:
GALIHER DeROBERTIS ONO
Law Corporations

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| L. RICHARD DeROBERTIS | 3179 |
| JEFFREY T. ONO | 2763 |

610 Ward Avenue, Second Floor
Honolulu, Hawaii  96814-3308
Telephone:  (808) 597-1400
Facsimile:  (808) 591-2608

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) <br> HAWAII FEDERAL ASBESTOS ) <br> CASES ) <br> ) <br> This Document Applies To: ) <br> ) <br> MERCY S. BYINGTON, individually ) <br> and as Personal Representative of the ) <br> Estate of JIMMY F. BYINGTON, ) <br> deceased, EVELINE SHORT, and ) <br> BEVERLY ANN HAUOLI ANI, as ) <br> Prochein Ami for MARGARET ) <br> BARBARA HA'EHA'E ANI, a minor, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO.  CV04 00661 REJ BMK <br><br> CERTIFICATE OF SERVICE <br><br> [Re:  PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT UNITED STATES OF AMERICA] |

D:\04499A01\pleading\Federal\Discovery\beh01cos.doc

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Second Request for Production of Documents to Defendant United States of America was duly served on the following attorneys at their last known address on June 8, 2006, by the method indicated below.

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| ( ) | ( X ) | ( ) | EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii<br>R. MICHAEL BURKE<br>Assistant U.S. Attorney<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, HI  96850-6100<br><br>PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division<br>J. PATRICK GLYNN<br>Director, Environmental Torts<br>DAVID S. FISHBACK<br>Asst. Dir., Environmental Torts<br><br>STEVEN M. TALSON<br>Senior Trial Counsel, Envir. Torts<br>MARGARET JANE MAHONEY<br>Trial Attorney, Environmental Torts<br>U.S. Department of Justice<br>P. O. Box 340<br>Washington, D.C.  20044<br>Attorneys for Defendant<br>UNITED STATES OF AMERICA |

3

DATED: Honolulu, Hawaii, June 8, 2006.


      /s/ L. Richard DeRobertis
L. RICHARD DeROBERTIS
Attorney for Plaintiffs