Of Counsel:
GALIHER DeROBERTIS ONO
Law Corporations

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| L. RICHARD DeROBERTIS | 3179 |
| JEFFREY T. ONO | 2763 |

610 Ward Avenue, Second Floor
Honolulu, Hawaii  96814-3308
Telephone:  (808) 597-1400
Facsimile:  (808) 591-2608

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: <br> HAWAII FEDERAL ASBESTOS CASES <br><br> This Document Applies To: <br><br> MERCY S. BYINGTON, individually and as Personal Representative of the Estate of JIMMY F. BYINGTON, deceased, EVELINE SHORT, and BEVERLY ANN HAUOLI ANI, as Prochein Ami for MARGARET BARBARA HA'EHA'E ANI, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br> _____ | CIVIL NO.  CV04 00661 REJ BMK <br><br> CERTIFICATE OF SERVICE <br><br> [Re:  PLAINTIFFS' RESPONSES TO DEFENDANT UNITED STATES OF AMERICA'S FIRST SET OF INTERROGATORIES] |

D:\04499A01\pleading\Federal\Discovery\beh02cos.doc

CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Responses to Defendant United States of America's First Set of Interrogatories was duly served on the following attorneys at their last known address on June 26, 2006, by the method indicated below.

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| ( ) | ( X ) | ( ) | EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii<br>R. MICHAEL BURKE<br>Assistant U.S. Attorney<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, HI  96850-6100<br><br>PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division<br>J. PATRICK GLYNN<br>Director, Environmental Torts<br>DAVID S. FISHBACK<br>Asst. Dir., Environmental Torts<br><br>STEVEN M. TALSON<br>Senior Trial Counsel, Envir. Torts<br>MARGARET JANE MAHONEY<br>Trial Attorney, Environmental Torts<br>U.S. Department of Justice<br>P. O. Box 340<br>Washington, D.C.  20044<br>Attorneys for Defendant<br>UNITED STATES OF AMERICA |

3

DATED: Honolulu, Hawaii, June 26, 2006.

        /s/ L. Richard DeRobertis
L. RICHARD DeROBERTIS
Attorney for Plaintiffs