```
EDWARD H. KUBO, JR. (#2499)
United States Attorney
District of Hawaii

HARRY YEE  (#3790)
Chief, Civil Section
R. MICHAEL BURKE (#1902)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752

PETER D. KEISLER
Assistant Attorney General
Civil Division
J. PATRICK GLYNN
Director, Environmental Torts
DAVID S. FISHBACK
Asst. Dir., Environmental Torts
STEVEN M. TALSON
Senior Trial Counsel, Envir. Torts
TIMOTHY B. WALTHALL
MARGARET J. MAHONEY
Trial Attorneys, Environmental Torts
U.S. Department of Justice
P.O. Box 340
Washington, D.C. 20044
Telephone: (202) 616-4229; 4226
Facsimile: (202) 616-4473
E-mail: steven.talson@usdoj.gov
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE ) | CIVIL NO. 04-00661 REJ-BMK |
| HAWAII FEDERAL ASBESTOS CASES ) | |
| ) | CERTIFICATE OF SERVICE |
| This Document Applies To: ) | (DEFENDANT UNITED STATES OF |
| ) | AMERICA'S RESPONSE TO |
| MERCY S. BYINGTON, ) | PLAINTIFFS' SECOND REQUEST FOR |
| individually and as Personal ) | PRODUCTION OF DOCUMENTS) |
| Representative of the Estate ) | |
| of JIMMY F. BYINGTON, ) | |
| deceased, EVELINE SHORT, and ) | |
| BEVERLY ANN HAUOLI ANI, as ) | |

```
Prochein Ami for MARGARET      )
BARBARA HA'EIHA'E ANI, a       )
minor,                         )
                               )
            Plaintiffs,        )
                               )
     vs.                       )
                               )
UNITED STATES OF AMERICA,      )
                               )
            Defendant.         )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of Defendant United States of America's Response to Plaintiffs' Second Request for Production of Documents, dated July 17, 2006, was served on the following at their last known address:

    Served by First Class Mail and Facsimile transmission on July 18, 2006:

        Gary O. Galiher, Esquire
        L. Richard De Robertis, Esquire
        Jeffrey T. Ono, Esquire
        610 Ward Avenue
        Second Floor
        Honolulu, Hawaii  96814-3308

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii

                            /s/ Harry Yee
                            By_____
                              HARRY YEE
                              Assistant U.S. Attorney

                            Attorneys for Defendant