# TABLE OF CONTENTS

**PAGE**

TABLE OF CONTENTS .................................................. i

TABLE OF AUTHORITIES ............................................... ii

INTRODUCTION ........................................................ 1

STATEMENT OF FACTS ................................................. 3

    A.    The Premises at Issue Were Licensed to Mr. Byington's Employer, the Hawaii Air National Guard .................... 3

    B.    The Premises at Issue Were Maintained by the Hawaii Air National Guard Pursuant To Licensing Agreements With The USAF ................................................... 4

    C.    The HIANG Asbestos Management Program at Hickam AFB .. 4

ISSUE PRESENTED .................................................... 7

ARGUMENT .......................................................... 7

I.    STANDARD OF REVIEW ............................................ 7

II.    THE LAW UNDER THE FEDERAL TORT CLAIMS ACT ........ 9

    A.    Federal Tort Claims Act ..................................... 9

    B.    The Discretionary Function Exception Of The FTCA ........ 10

III.    THE UNDISPUTABLE FACTS IN THIS MATTER COMPEL THE CONCLUSION THAT THE DISCRETIONARY FUNCTION EXCEPTION BARS THE SUIT ............................. 12

    A.    The United States Did Not Violate Any Self-Imposed Mandatory and Specific Obligations ...................... 13

    B.    The United States' Actions Were Susceptible Of Policy Considerations ............................................ 15

IV. CONCLUSION ..................................................... 19