## TABLE OF AUTHORITIES

**PAGE**

### FEDERAL CASES

Adickes v. S.H. Kress & Co.,
  398 U.S. 144 (1970) .................................................. 8

Allen v. United States,
  816 F.2d 1417 (10th Cir. 1987) ...................................... 18

Anderson v. Liberty Lobby,
  477 U.S. 242 (1986) ............................................... 8, 9

Andrews v. United States,
  121 F.3d 1430 (11th Cir. 1997) ...................................... 14

Blackburn v. United States,
  100 F.3d 1426 (9th Cir. 1996) ....................................... 12

Borquez v. United States,
  773 F.2d 1050 (9th Cir. 1985) ....................................... 10

Bramer v. United States,
  595 F.2d 1141 (9th Cir. 1979) ....................................... 12

Burke v. Jacoby,
  981 F.2d 1372 (2d Cir. 1992) ......................................... 9

California National Guard v. Federal Labor Relations Authority,
  697 F.2d 874 (9th Cir. 1983) ......................................... 2

Celotex Corp. v. Catrett,
  477 U.S. 317 (1986) .................................................. 9

Dalehite v. United States,
  346 U.S. 15 (1953) .................................................. 12

Domme v. United States,
  61 F.3d 787 (10th Cir. 1995) ..................................... 16, 17

Duff v. United States,
  999 F.2d 1280 (8th Cir. 1993) ....................................... 16

Feyers v. United States,
  749 F.2d 1222 (6th Cir. 1984) .................................... 16, 17

Gager v. United States,
  149 F.3d 918 (9th Cir. 1998) ........................................ 15

**PAGE**

Gardner v. United States,
  780 F.2d 835 (9th Cir. 1986) .................... 18

Hagy v. United States,
  976 F. Supp. 1373 (W.D. Wash. 1997) .................... 16, 17

In re Consolidated U.S. Atmospheric Testing,
  820 F.2d at 982 (9th Cir. 1987) .................... 12, 16, 17, 18

In Re Glacier Bay,
  71 F.3d 1447 (9th Cir.1995) .................... 12

Jones v. United States,
  698 F. Supp. 826 (D. Hawaii 1988) .................... 17

Kennewick Irrigation District v. United States,
  880 F.2d 1018 (9th Cir. 1989) .................... 11, 12, 17

Kirchmann v. United States,
  8 F.3d 1273 (8th Cir. 1993) .................... 16, 17

Laird v. Nelms,
  406 U.S. 797 (1972) .................... 12

Layton v. United States,
  984 F.2d 1496 (8th Cir. 1993) .................... 16

Lesoeur v. United States,
  21 F.3d 965 (9th Cir. 1994) .................... 11

Maryland v. United States,
  381 U.S. 4 (1965) .................... 2

Matsushita Electric Industrial Co. v. Zenith Radio Corp.,
  475 U.S. 574 (1986) .................... 8, 9

McCarthy v. United States,
  850 F.2d 558 (9th Cir. 1988) .................... 7

McLandrich v. Southern California Edison Co.,
  942 F. Supp. 457 (S.D. Cal. 1996) .................... 9

McMichael v. United States,
  751 F.2d 303 (8th Cir. 1985) .................... 16

Mortensen v. First Federal Savings and Loan Association,
  549 F.2d 884 (3d Cir. 1977) .................... 8

National Union Fire Ins. v. United States,
  115 F.3d 1415 (9th Cir. 1997) .................... 10

|     | **PAGE** |
| --- | --- |
| Phoenix Baptist Hospital v. United States, 937 F.2d 452 (9th Cir. 1991) | 15 |
| Routh v. United States, 941 F.2d 853 (9th Cir. 1991) | 12 |
| Sabow v. United States, 93 F.3d 1445 (9th Cir. 1996) | 12 |
| Shuman v. United States, 765 F.2d 283 (1st Cir. 1985) | 16, 17 |
| St. Clair v. City of Chico, 880 F.2d 199 (9th Cir. 1989) | 8 |
| Steel Co. v. Citizens for a Better Environment, 523 U.S. 83 (1998) | 7, 8 |
| Totten v. United States, 806 F.2d 698 (6th Cir. 1986) | 16, 17 |
| United States v. Gaubert, 499 U.S. 315 (1991) | 10, 11, 15, 17 |
| United States v. Idaho, 508 U.S. 1 (1993) | 9 |
| United States v. Nordic Village, Inc., 503 U.S. 30 (1992) | 9, 10 |
| United States v. Orleans, 425 U.S. 807 (1976) | 10 |
| United States v. Trident Seafoods Corp., 92 F.3d 855 (9th Cir. 1996) | 10 |
| United States v. Williams, 514 U.S. 527 (1995) | 10 |
| Valdez v. United States, 56 F.3d 1177 (9th Cir. 1995) | 8 |
| Vallier v. Jet Propulsion Laboratory, 120 F. Supp. 2d 887 (C.D. Cal. 2000) | 17 |
| White v. Lee, 227 F.3d 1214 (9th Cir. 2000) | 8 |

| | PAGE |
|---|---|
| **STATUTES** | |
| 28 U.S.C. § 1346(b) | 1, 9 |
| 28 U.S.C. § 2671 | 1 |
| 28 U.S.C. § 2674 | 9 |
| 28 U.S.C. § 2679(b)(1) | 9 |
| 28 U.S.C. § 2680(a) | 1, 3, 7, 9, 10 |
| 32 U.S.C. § 503 | 13 |
| **RULES** | |
| Fed. R. Civ. P. 12(b)(1) | 3 |
| Fed. R. Civ. P. 56 | 3 |
| Fed. R. Evid. 802 | 2 |