U.S. EXHIBIT A

STATE OF HAWAII
DEPARTMENT OF DEFENSE
OFFICE OF THE ADJUTANT GENERAL
3949 DIAMOND HEAD ROAD, HONOLULU, HAWAII 96816-4495

September 29, 1989

HIADMP

Mr. Jimmy F. Byington
1757 A Walea St.
Wahiawa, HI  96786

Dear Mr. Byington:

    This letter is to notify you that you have been selected for the General Laborer I position at 154th CEF, Hawaii Air National Guard at Hickam Air Force Base.

    The following conditions must be met before your appointment can be fully approved:

    1. <u>Criminal History Record Clearance for State Civil Service Employment.</u> Enclosed you will find the Criminal History Record Clearance form for you to complete and forward to the address shown on the form. When we receive clearance from the Criminal History Data Center, we will inform you to take a medical examination.

    2. <u>Medical Examination.</u> You will be instructed to take a medical examination at your own expense. Failure to meet the physical requirements or inability to tolerate the specified working conditions or any other condition which would cause applicants to be a hazard to themselves or others is cause for disqualification.

    3. <u>DPS Clearance.</u> After completion of Items 1 & 2, we will forward your name to the Dept. of Personnel Services for clearance to appoint. After clearance is received from DPS, we will contact you to determine a "start" date with us.

<u>If you are presently employed, it is suggested that you do not terminate your present employment until all conditions have been met.</u>

    If you have any questions, please call Mrs. Young or Mrs. Higa at 732-3944 or 735-8675.

Sincerely,

Virginia H. Okamoto
Departmental Personnel Officer

Enclosure