Of Counsel:
GALIHER DeROBERTIS ONO
Law Corporations

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| L. RICHARD DeROBERTIS | 3179 |
| JEFFREY T. ONO | 2763 |

610 Ward Avenue, Second Floor
Honolulu, Hawaii  96814-3308
Telephone:  (808) 597-1400
Facsimile:  (808) 591-2608

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES<br><br>This Document Applies To:<br><br>MERCY S. BYINGTON, individually and as Personal Representative of the Estate of JIMMY F. BYINGTON, deceased, EVELINE SHORT, and BEVERLY ANN HAUOLI ANI, as Prochein Ami for MARGARET BARBARA HA'EHA'E ANI, a minor,<br><br>            Plaintiffs,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant.<br>_____ | CIVIL NO.  CV04 00661 REJ BMK<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFFS' TO FILE OPPOSITION MEMORANDA TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE |

D:\04499A01\pleading\Federal\et STIP 1 EXT 10.23.06.doc

STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFFS' TO FILE OPPOSITION MEMORANDA TO DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Plaintiffs and Defendant United States of America, by and through their counsel, hereby stipulate that Plaintiffs may have a 17 (seventeen) day extension from November 10, 2006 to November 27, 2006 in which to file Plaintiffs' Opposition to Defendant United States of America's Motion To Dismiss Plaintiffs' Complaint, Or In The Alternative For Summary Judgment, And Memorandum In Support.  This Stipulation is entered pursuant to Local Rule 6.2(a) and this extension is requested by Plaintiffs due to the fact that Plaintiffs' counsel had to respond to a significant motion for summary judgment in Hawaii state court that was filed virtually simultaneously with the U.S.A.'s Motion To Dismiss herein and also that L. Richard DeRobertis is the principal attorney at Plaintiffs' law firm with responsibility to oppose said motion and his secretary had to take emergency leave due to a pregnancy and premature birth.

DATED:  Honolulu, Hawaii, October 24, 2006.

    /s/ L. Richard DeRobertis
GARY O. GALIHER
L. RICHARD DeROBERTIS
JEFFREY T. ONO
DIANE T. ONO
Attorneys for Plaintiffs

/s/ Steven M. Talson    10/24/06
EDWARD H. KUBO, JR.
R. MICHAEL BURKE
PETER D. KEILSER
C. FREDERICK BECKNER, III
J. PATRICK GLYNN
DAVID S. FISHBACK
STEVEN M. TALSON
TIMOTHY B. WALTHALL
Attorneys for Defendant
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

---

IN RE: HAWAII FEDERAL ASBESTOS CASES This Document Applies To: MERCY S. BYINGTON, individually and as Personal Representative of the Estate of JIMMY F. BYINGTON, deceased, et al.; Civil No. CV04 00661 REJ BMK; STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFFS' TO FILE OPPOSITION MEMORANDA TO DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT, AND MEMORANDUM IN SUPPORT; CERTIFICATE OF SERVICE