IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE: | ) | CIVIL NO. CV04 00661 REJ BMK |
| HAWAII FEDERAL ASBESTOS | ) | |
| CASES | ) | CERTIFICATE OF SERVICE |
| | ) | |
| This Document Applies To: | ) | |
| | ) | |
| MERCY S. BYINGTON, individually | ) | |
| and as Personal Representative of the | ) | |
| Estate of JIMMY F. BYINGTON, | ) | |
| deceased, EVELINE SHORT, and | ) | |
| BEVERLY ANN HAUOLI ANI, as | ) | |
| Prochein Ami for MARGARET | ) | |
| BARBARA HA'EHA'E ANI, a minor, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

D:\04499A01\pleading\Federal\et STIP 1 EXT 10.23.06.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served on the following attorneys at their last known address on October 24, 2006, by the method indicated below.

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| ( ) | ( X ) | ( ) | EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii<br>R. MICHAEL BURKE<br>Assistant U.S. Attorney<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, HI  96850-6100<br>Facsimile:  (808) 541-3752<br><br>PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division<br>C. FREDERICK BECKNER, III<br>Deputy Assistant Attorney General<br>J. PATRICK GLYNN<br>Director, Environmental Torts<br>DAVID S. FISHBACK<br>Asst. Dir., Environmental Torts<br><br>STEVEN M. TALSON<br>Senior Trial Counsel, Envir. Torts<br>TIMOTHY B. WALTHALL<br>Trial Attorney, Environmental Torts<br>U.S. Department of Justice<br>P.O. Box 340<br>Washington, D.C 20044<br>Attorneys for Defendant<br>UNITED STATES OF AMERICA |

DATED:  Honolulu, Hawaii, October 24, 2006.

                                       /s/ L. Richard DeRobertis
                                       GARY O. GALIHER
                                       L. RICHARD DeROBERTIS
                                       JEFFREY T. ONO
                                       DIANE T. ONO
                                       Attorneys for Plaintiffs