IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) | CIVIL NO. CV04 00661 REJ BMK |
| HAWAII FEDERAL ASBESTOS ) | |
| CASES ) | |
| ) | |
| This Document Applies To: ) | |
| ) | CERTIFICATE OF SERVICE |
| MERCY S. BYINGTON, individually ) | |
| and as Personal Representative of the ) | |
| Estate of JIMMY F. BYINGTON, ) | |
| deceased, EVELINE SHORT, and ) | |
| BEVERLY ANN HAUOLI ANI, as ) | |
| Prochein Ami for MARGARET ) | |
| BARBARA HA'EHA'E ANI, a minor, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

D:\04499.1\pleading\et mem opp usa msj 11.27.06.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served on the following attorneys at their last known address on November 27, 2006 by the method indicated below.

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| ( ) | ( X ) | ( ) | EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii<br>R. MICHAEL BURKE<br>Assistant U.S. Attorney<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850-6100<br>Facsimile: (808) 541-3752<br><br>PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division<br>J. PATRICK GLYNN<br>Director, Environmental Torts<br>DAVID S. FISHBACK<br>Asst. Dir., Environmental Torts<br><br>STEVEN M. TALSON<br>Senior Trial Counsel, Envir. Torts<br>MARGARET JANE MAHONEY<br>Trial Attorney, Environmental Torts<br>U.S. Department of Justice<br>P. O. Box 340<br>Washington, D.C. 20044<br>Facsimile: (202) 616-4473<br><br>Attorneys for Defendant<br>UNITED STATES OF AMERICA |

DATED:  Honolulu, Hawaii, November 27, 2006.

        /s/ L. Richard DeRobertis
        GARY O. GALIHER
        L. RICHARD DeROBERTIS
        JEFFREY T. ONO
        DIANE T. ONO
        Attorneys for Plaintiffs