DEPARTMENT OF THE AIR FORCE
Headquarters US Air Force
Washington DC 20330-5000

AIR FORCE REGULATION 91-12

21 December 1988

NOTICE: This material may be protected by copyright law (Title 17 U.S. Code)

Real Property Operation and Maintenance

# AIR FORCE FACILITY ASBESTOS MANAGEMENT

*S/S by AFI 32-1052 22 May 94*

This regulation outlines procedures for developing a base facility asbestos management program. It also contains optional guidance to help the base civil engineer (BCE) develop and administer plans to incorporate facility asbestos management procedures and practices into Air Force Military Construction Programs (MCP) and Operations and Maintenance (O&M) projects. It applies to all organizations and members that have civil engineering responsibilities, including the Air Force Reserve and Air National Guard.

## Section A—Policy Guidance

**1. Introduction to The Asbestos Management Program.** Air Force facilities have been progressively constructed, altered, and repaired with asbestos-containing materials (ACM) until Air Force policy (AFM 88-15) strictly limited its use. The remaining ACM must not be allowed to deteriorate, become damaged or be disturbed by workers or occupants unless precautions have been taken to prevent exposure to airborne asbestos fibers. To reduce the possibility of exposure to airborne asbestos fibers, bases must develop and implement asbestos management programs. This regulation sets basic requirements for establishing and maintaining these programs. Attachment 1 contains optional guidance to assist the BCE in developing and implementing the program.

**2. Policy Guidelines:**

  **a. Asbestos Repair.** Asbestos materials in Air Force facilities do not pose an inherent hazard. They are only hazardous in conjunction with a mechanism or event that could cause the material to breakup into individual fibers and become dispersed into the breathing environment. However, there is a presumption that all damaged ACM is hazardous because of its potential to release airborne asbestos fibers. As a result, all presumptive asbestos hazards must be eliminated either by repairing or removing damaged ACM.

  **b. Asbestos Removal:**

  (1) Asbestos must be removed when it poses a threat to release airborne asbestos fibers and it can't be reliably repaired or isolated. Such "must remove" mandates must be given by the bioenvironmental engineer based on a direct evaluation of the facility. If asbestos must be removed, the bioenvironmental engineer should assign a Risk Assessment Code of one (1), so the situation can be treated as a hazard according to AFR 127-12.

  (2) When there is no compelling mandate to remove asbestos, decisions to remove rather than repair damaged friable asbestos materials should be based on degree of risk to facility occupants, use of facility, feasibility of repair, frequency of repair and cost-effectiveness.

  (3) When safety and budgetary considerations permit, complete removal of ACM is desirable and should be included in planning O&M and MCP facility projects.

  (4) Remove existing ACM from Air Force facilities at opportune times during minor construction or repairs.

  **c. Facility Management:**

  (1) Closely monitor facilities to make sure ACM does not become airborne.

  (2) Promptly assess visibly damaged building materials in facilities to determine if they contain friable asbestos material. If so, the material must be expediently repaired by qualified personnel.

  (3) Assess sprayed-on, troweled and easily damaged building materials to determine if they contain friable asbestos materials. Routinely inspect friable ACM and make sure it is kept in good condition.

  **d. ACM Policy Implementation.** Each installation having maintenance responsibility must develop a written management plan and operating plan to carry out the policy objectives of facility asbestos management.

  (1) BCEs must make sure that a sufficient number of in-house technicians and supervisors are trained and equipped to remove, repair, and control ACM (see (2) below for exemptions). Training must include the objective of facility asbestos management and how to properly execute the installation's management and operating plan.

  (2) The major command (MAJCOM) can exempt small installations from the in-house training and equipment requirement. In such cases, the ma-

---

No. of Printed Pages: 5
OPR: HQ AFESC/DEMM (Gary Jacks)
Approved By: HQ AFESC/EV (Col) Henry C. Aulwurm)
Writer-Editor: D. Britford
Distribution: F

NOTICE: This material may be protected by copyright law (Title 17 U.S. Code)

agement plan and operating plan for the installation must contain an alternate program (such as by contract or with command assets) for the satisfactory removal, repair and control of ACM in facilities.

3. **Responsibilities Assigned:**
   a. **Air Force Engineering and Services Center (AFESC). HQ AFESC/DEM:**
      (1) Formulates policies and guidance necessary for bases to develop and maintain a viable facility asbestos management program.
      (2) Undertakes management and technical initiatives to help the MAJCOMs implement facility asbestos management policy.
   b. **MAJCOM.** The MAJCOM/DE provides the technical and administrative guidance necessary to ensure that facility asbestos management is properly addressed at the bases.
   c. **The BCE:**
      (1) Appoints an asbestos program officer (see paragraph 5) and an asbestos operations officer (see paragraph 6).
      (2) Develops a base asbestos management plan (see paragraph 7).
      (3) Develops and implements a comprehensive written asbestos operating plan (see paragraph 8).
      (4) With the base bioenvironmental engineer, examines friable ACM and makes professional judgments concerning whether repair, maintenance, or removal of the material is required; whether extraordinary precautions, such as frequent monitoring, removal of personnel from the area, temporary controls, or other protective measures are required to protect personnel until recommended actions are completed.
      (5) Makes sure that civil engineering personnel are competently trained to handle all tasks required by the operating and management plans.
      (6) Schedules personnel to attend available in-service and industry asbestos related training courses.
      (7) Decides whether asbestos related work will be done with in-service resources or by contract.

**Section B—Developing The Operating and Management Plans**

4. **Organizing The Plans.** Facility asbestos management consists of the implementation of the operating plan and the preparation and on-going update of the asbestos management plan. These plans serve two purposes: they detail how tasks are done and document the installation's commitment to protect the health of personnel.

5. **Asbestos Program Officer.** The BCE appoints the chief of environmental and contract planning, a subordinate or an appropriate engineering or management specialist as the asbestos program officer. The asbestos program officer should prepare and maintain the asbestos management plan and act as the focal point for asbestos related issues within the BCE organization.

6. **Asbestos Operations Officer.** The BCE should appoint the chief or deputy chief of operations as the asbestos operations officer. The asbestos operations officer should develop and implement the asbestos operating plan.

7. **Asbestos Management Plan.** The objective of the asbestos management plan is to maintain a permanent record on the current status and condition of all ACM in the installation's facility inventory. It must be updated on a continual basis. The management plan provides the documentation for all asbestos management efforts and the mechanism for oversight of the entire facility asbestos management program. The facility asbestos management plan should contain, but not be limited to, the following:
   a. **Locating ACM and Plan of Action.** This requires completion of an installation-wide asbestos facility survey. Use survey results to prepare an asbestos register and to initiate corrective actions.
      (1) Prepare and maintain a register of all ACM in the facility inventory. Indicate where it is located, record the type and condition of the material, and all events affecting the material. Keep the register updated to reflect the current condition of ACM in each facility.
      (2) Initiate corrective actions. Prepare an approval requesting document such as AF Form 332, BCE Work Request, or DD Form 1391, Military Construction Project Data, for each facility where damaged friable asbestos material has been identified. Request that the damaged material be "repaired;" keep one copy of the requesting document in the facility folder and note this in the management plan. Submit for processing according to the asbestos program operating plan.
   b. **ACM Updates.** The plan should include provisions for continuous input from all activities conducted under the asbestos operating plan.
   c. **Establish ACM Priority Listing.** Establish a priority listing of all asbestos projects identified in the survey.

8. **Asbestos Operating Plan.** The asbestos operating plan dictates how the base will carry out its asbestos related projects. It should assign responsibilities; establish inspection and repair teams; and give repair procedures and personnel protection instructions. It

must include references to and explanations of applicable Environmental Protection Agency and Occupational Safety and Health Administration rules, AFRs 19-1; 127-12 and AFOSH-Standard 161-4, with provisions for enforcement:

   a. **Operating Plan Format.** This regulation does not require a specific format for the operating plan in either form or content. The plan must however adequately cover all areas necessary to meet the objective of the asbestos management program.

   b. **Contents of the Operating Plan.** The operating plan should address the following:

      (1) The organizational structure for carrying out asbestos related work.
      (2) Personnel training programs.
      (3) Equipment and supply requirements.
      (4) Identification of worker manuals or other written procedures.
      (5) Yearly budget estimates.
      (6) Procedures for interim control measures and extraordinary precautions.
      (7) Procedures for asbestos certification and asbestos disposition statements on programming documents.
      (8) Requirements for a special response team and in-house inspection capability.
      (9) Contractor requirements to perform analytical work and asbestos abatement.

9. **Asbestos-Related Records Retention.** The Department of Justice and HQ USAF have placed a freeze on the destruction of any asbestos-related records or documents until further notice. Disposition instructions will be published in AFR 12-50, volume II, when appropriate.

BY ORDER OF THE SECRETARY OF THE AIR FORCE

OFFICIAL

WILLIAM O. NATIONS, Colonel, USAF
Director of Information Management
  and Administration

LARRY D. WELCH, General, USAF
Chief of Staff

1 Attachment
Optional Guidance for Developing a Base Asbestos Management Program

## OPTIONAL GUIDANCE FOR DEVELOPING A BASE ASBESTOS MANAGEMENT PROGRAM

**A1-1. Surveys.** Surveys constitute a major aspect of facility asbestos management. There are three different types of surveys that may need to be conducted to carry out facility asbestos management policy. They are the installation-wide asbestos facility survey, the asbestos project survey and the asbestos project-in-progress survey.

　a. **Installation-Wide Asbestos Facility Survey.** The installation-wide asbestos facility survey is a major component of the Asbestos Management Plan. Its purpose is to locate all the asbestos-containing material (ACM) in the installation facilities. Use the installation-wide survey results to accomplish the following:

　　(1) Prepare an AF Form 1219, BCE Multi-Craft Job Order, for each facility surveyed that requires repair of damaged friable ACM. Annotate the cost center block with the words: "ASBESTOS FACILITY SURVEY." Submit for processing through regular civil engineering channels according to the provisions of the asbestos operating plan. The approval and authorization document should request the repair of ACM and indicate where these materials were found in the facility. Floor plans, schematics, sketches, and so forth, should be furnished to help identify locations.

　　(2) Keep a permanent record of the location and status of all ACM in each facility file. Mark it up routinely to indicate any change in status of asbestos material.

　　(3) Consider inspection and monitoring of ACM for inclusion in the civil engineering recurring maintenance program. Indicate these actions on AF Form 1841, Maintenance Action Sheet, or equivalent.

　b. **Asbestos Project Survey.** In most cases, the installation-wide asbestos facility survey will not provide sufficient engineering detail to develop criteria and specifications to conduct asbestos-related work. As a result, when a project is contemplated for a facility, a detailed ACM survey will have to be conducted.

　　(1) All construction, repair, and maintenance projects to be accomplished by contract require certification that an asbestos project survey has been completed or that an asbestos project survey is not required. A survey is not required if it has been determined that asbestos materials are not present or will not be disturbed by the project.

　　(2) The results of the project survey should be reflected in the project approval documentation, such as AF Form 332 or DD Form 1391c, FY 19___ Military Construction Project Data. Use the codes in paragraph A1-2a and b unless other codes suitable to the MAJCOM have been established.

　c. **Project-In-Progress Asbestos Survey:**

　　(1) In some instances, particularly in-house projects and emergency contracts, time will not permit an asbestos project survey prior to the start of work.

　　(2) When it is not possible to conduct an asbestos project survey, extraordinary precautions must be taken to make sure that workers or facility occupants are not exposed to asbestos fibers. This is accomplished through the use of a project-in-progress asbestos survey. If suspected asbestos material is encountered during the survey, it must be treated like asbestos until it is determined otherwise.

　　(3) The project-in-progress survey requires trained personnel and a contingency response capability to address any related matters that are discovered as the project proceeds.

　　(4) When preparing a construction, minor construction, repair or maintenance project proposal, and the asbestos status cannot be certified, state on the proposal that a project-in-progress survey will be conducted.

**A1-2. Project Documentation.** Explicitly note asbestos certification and disposition instructions on the approval and authorization documents for the construction, repair, maintenance and demolition of existing facilities. Asbestos certification and disposition does not ensure that Air Force workers or building occupants will not be exposed to airborne asbestos fibers. It only conveys to the authorizing and approving official that the presence or absence of asbestos materials have been recognized and that it will be dealt with properly. The actual course of action to deal with the asbestos material is outlined in the asbestos operating plan. The following codes and descriptive narratives are suggested certification and disposition codes for use with AF Form 332 or DD Form 1391. The MAJCOM or the BCE should determine the type of certification, disposition procedures and formats that best fit the situation. Requirements for the MCP are established by HQ USAF/LEEC.

　a. **Certification:**

　　S01: Project survey completed, no asbestos materials present.

　　S02: Project survey completed, asbestos materials present, but will not be disturbed during proposed project.

　　S03: Project survey completed, asbestos materials present which require disposition before or during construction.

　　X01: Project survey not initiated, base-wide survey or review of other records indicates no asbestos materials present.

X02: Project survey not initiated, base-wide survey or review of other records indicates asbestos materials present but will not be disturbed by proposed project.

X03: Project survey not initiated, base-wide survey or review of other records indicates asbestos materials present which require disposition before starting construction.

Z01: Project-in-progress survey will be initiated, contingency response plan in effect for project according to asbestos operating plan.

**b. Disposition:**

D01: ACM will be removed by in-house resources prior to commencing project according to asbestos operating plan.

D02: ACM will be removed by a separate contract prior to commencing project according to asbestos operating plan.

D03: ACM will be removed as part of the scope of the proposed project. Criteria and specifications for the projects will comply with the asbestos operating plan.

**A1-3. In-Service and Contracting Capabilities.** A mixture of in-service and contracting capability will typically be required to carry out facility asbestos management. Each BCE must determine the optimal mix of in-service versus contracting effort to satisfy mission requirements and the most efficient use of available resources.

**a. Inservice Capability:**

(1) Most base civil engineering organizations have the capability to conduct some asbestos abatement work using inservice resources. Properly trained and equipped personnel can perform glove bag techniques, spot removal, small scale removal, and temporary and permanent encapsulation.

(2) In addition, personnel trained to conduct small asbestos related projects may be formed into teams under the supervision of a person trained to conduct high priority asbestos removal projects which cannot be deferred for contract accomplishment.

**b. Contracting:**

(1) Asbestos related projects which are beyond the scope of inservice capabilities must be accomplished by contract.

(2) Some ACM surveys or projects may require prompt completion. Therefore, a local contracting capability to conduct asbestos surveys and do repair or removal work could be beneficial.