| | |
|---|---|
| BY ORDER OF THE SECRETARY OF THE AIR FORCE | AIR FORCE INSTRUCTION 32-1052<br>22 MARCH 1994<br>Civil Engineering<br>FACILITY ASBESTOS MANAGEMENT |



**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

NOTICE: This publication is available digitally on the SAF/AAD WWW site at: http://afpubs.hq.af.mil. If you lack access, contact your Publishing Distribution Office (PDO).

| | |
|---|---|
| OPR: HQ AFCESA/ENM<br>     (Mr Gary L. Jacks)<br>Supersedes AFR 91-42, 21 December 1988. | Certified by: HQ AFCESA/CC<br>(Col Donald J. Thomas, Sr.)<br>Pages: 3<br>Distribution: F |

This instruction implements AFPD 32-10, *Installations and Facilities*. It establishes requirements and assigns responsibilities to incorporate facility asbestos management principles and practices into all Air Force programs. It also establishes a program to ensure compliance with 40 CFR 61. 14O, *National Emission Standard for Asbestos* and 29 CFR 1926.58, *Asbestos Construction Standards*. Send recommendations for changes or improvements to this publication on AF Form 847, **Recommendation for Change of Publication**, through major commands and HQ AFCESA/ENM, 139 Barnes Dr, Tyndall AFB FL 32403-5319 to HQ USAF/CEO, 1260 Air Force Pentagon, Washington DC 20330-1260.

*SUMMARY OF REVISIONS*

This is the initial publication of AFI 32-1052, which revises AFR 91-42.

*Section A—Program Requirements*

**1. Purpose and Scope.** To reduce possible exposure to airborne asbestos fibers, bases must develop and implement asbestos management programs. Facility asbestos management involves asbestos abatement and removal ( **Section A**), and facility management ( **Section B**).

**2. Requirements:**

   **2.1. Asbestos Abatement.** All damaged asbestos containing material is presumed hazardous due to its potential to release airborne asbestos fibers. Damaged asbestos containing material must be repaired or removed to eliminate the potential hazard. Bases will abate the possibility of hazardous asbestos containing material through inventory management, isolation, and containment.

   **2.2. Asbestos Removal:**

      2.2.1. Bases must remove asbestos containing material likely to release airborne asbestos fibers which can not be reliably maintained, repaired, or isolated. "Must remove" mandates will be

issued by the installation commander with advice from Bioenvironmental Engineering Services and the Base Civil Engineer, based on a direct evaluation of the facility.

2.2.2. When there is no mandate to remove asbestos, evaluate the risk to facility occupants, use of facility, feasibility of repair, frequency of repair and cost-effectiveness when deciding whether to remove or repair damaged friable asbestos materials.

2.2.3. When safety and budgetary considerations permit, include complete removal of asbestos containing material in planning operations and maintenance and military construction program facility projects.

2.2.4. Remove existing asbestos containing material at opportune times during minor construction or repairs.

**2.3. Facility Management.** Closely monitor facilities to ensure asbestos containing material does not become airborne by:
- Promptly assessing visibly damaged building materials in facilities to determine friable asbestos material content. Ensure such material is quickly repaired by qualified personnel.
- Assessing ssprayed-n, troweled, and easily damaged building materials to determine friable asbestos content. Inspect friable asbestos containing material routinely and maintain the material in good condition.

**2.4. Asbestos Containing Material Program Implementation.** Each installation with maintenance responsibility must develop a written management plan and operating plan to carry out the objectives of facility asbestos management.

3. **Responsibilities:**

   3.1. **Air Force Civil Engineer Support Agency (HQ AFCESA):**
   - Develops requirements and provides guidance necessary for base facility asbestos management programs.
   - Helps major commands (MAJCOM) implement facility asbestos management programs.

   3.2. **MAJCOM:**
   - Provides the oversight to ensure facility asbestos management is effective at each base.

   3.3. **Base Civil Engineer:**
   - Develops a base asbestos management plan (paragraph **5.**).
   - Develops and implements a comprehensive written asbestos operating plan (paragraph **6.**).
   - With Bioenvironmental Engineering Services, examines friable asbestos containing material and decides whether repair, maintenance, or removal of the material is necessary; and whether extraordinary precautions, such as frequent monitoring, removal of personnel from the area, temporary controls, or other protective measures are necessary to protect personnel until recommended actions are completed.
   - Decides whether asbestos-related work will be done with in-ervice resources or by contract.

*Section B—Program Management*

**4. Purpose and Scope.** Facility asbestos management involves implementing the operating plan and preparing and updating the asbestos management plan. These plans serve two purposes: to detail how tasks are done; and document the installation's commitment to protect the health of personnel.

**5. Asbestos Management Plan.** The objective of the asbestos management plan is to maintain a permanent record of the current status and condition of all asbestos containing material in an installation's facility inventory. The management plan provides the documentation for all asbestos management efforts and procedures for overseeing the entire facility asbestos management program. The plan will include procedures to ensure bases comply with applicable Occupational Safety and Health Administration (OSHA), Environmental Protection Agency (EPA), and state and local regulations.

**6. Asbestos Operating Plan.** The asbestos operating plan dictates how the base will carry out asbestos-related projects. The plan will assign responsibilities; establish inspection and repair capabilities; and provide repair procedures and personnel protection instructions. The plan will refer to and explain applicable OSHA and EPA rules; AFPD 32-70, *Environmental Quality*; and AFI 91-301, *The US Air Force Occupational Safety, Fire Prevention, and Health Program* (formerly AFR 127-12), with provisions for enforcement. The operating plan addresses:
- Organizational structure for carrying out asbestos-related work.
- Personnel training programs.
- Equipment and supply requirements.
- Identification of worker manuals or other written procedures.
- Yearly budget estimates.
- Procedures for interim control measures and extraordinary precautions.
- Procedures for asbestos certification and asbestos disposition statements on programming documents.
- Requirements for a special response team and in-house inspection.
- Requirements for contractor asbestos analysis and abatement.

JAMES E. McCARTHY, Maj General, USAF
The Civil Engineer