IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES<br><br>This Document Applies To:<br><br>MERCY S. BYINGTON, individually and as Personal Representative of the Estate of JIMMY F. BYINGTON, deceased, EVELINE SHORT, and BEVERLY ANN HAUOLI ANI, as Prochein Ami for MARGARET BARBARA HA'EHA'E ANI, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. CV04 00661 REJ BMK<br><br>CERTIFICATE OF SERVICE |

D:\04499.1\pleading\et concise stmt of facts 11.27.06.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served on the following attorneys at their last known address on November 27, 2006, by the method indicated below.

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| ( ) | ( X ) | ( ) | EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii<br>R. MICHAEL BURKE<br>Assistant U.S. Attorney<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, HI  96850-6100<br>Facsimile:  (808) 541-3752<br><br>PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division<br>J. PATRICK GLYNN<br>Director, Environmental Torts<br>DAVID S. FISHBACK<br>Asst. Dir., Environmental Torts<br><br>STEVEN M. TALSON<br>Senior Trial Counsel, Envir. Torts<br>MARGARET JANE MAHONEY<br>Trial Attorney, Environmental Torts<br>U.S. Department of Justice<br>P. O. Box 340<br>Washington, D.C.  20044<br>Facsimile:  (202) 616-4473<br><br>Attorneys for Defendant<br>UNITED STATES OF AMERICA |

2

DATED: Honolulu, Hawaii, November 27, 2006.

          <u>/s/ L. Richard DeRobertis</u>
          GARY O. GALIHER
          L. RICHARD DeROBERTIS
          JEFFREY T. ONO
          DIANE T. ONO
          Attorneys for Plaintiffs