**TABLE OF CONTENTS**

**PAGE(**S**)**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . ii

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

I.  THE EVIDENCE SHOWING THAT THE UNITED STATES
    EXERCISED POLICY-BASED DISCRETION IN LEAVING
    ASBESTOS MANAGEMENT ANDS WORKER SAFETY TO THE
    HAWAII AIR NATIONAL GUARD REMAINS UNCONTROVERTED . . . . . 3

II. THE UNITED STATES DID NOT IMPOSE ANY MANDATORY AND
    SPECIFIC REQUIREMENTS ON ITSELF, NOT DID IT RETAIN
    ANY DUTY FOR THE HAWAII AIR GUARD'S EMPLOYEES . . . . . 10

III. PLAINTIFFS RELY ON INAPPOSITE OR OUTDATED AUTHORITY,
     AND FAILS TO ADDRESS CONTROLLING SUPREME COURT
     PRECEDENT . . . . . . . . . . . . . . . . . . . . . . . 12

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . 18