**TABLE OF AUTHORITIES**

| **CASES** | **PAGE(S)** |
|---|---|

ARA Leisure Services v. United States, 831 F.2d 193, 195
(9th Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . 14

Aragon v. United States, 146 F.3d 819, 824-25
(10th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . 8

Berkovitz v. United States, 486 U.S. 531 (1988) . . . . . . . 16

In Re Glacier Bay United Cook Inlet Drift Assoc. v. United
States, 71 F.3d 1447 (9th Cir. 1995) . . . . . . . . . . . . 12-13

McGarry v. United States, 549 F.2d 587 (9th Cir. 1977) 14,.15,.16

Tyni v. United States, No. 99-00907 HG-KSC . . . . . . . . 16, 17

United States v. Gaubert, 499 U.S. 315, 325 (1991) 10, 14, 15, 16

United States v. S.A. de Viacao Area Rio Grandese (Varig
Airlines), 467 U.S. 797 (1984) . . . . . . . . . . . . . . . . 16