# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00661REJ-BMK |
| CASE NAME: | In Re: Hawaii Federal Asbestos Case: Mercy S. Byington, etc., et al. Vs. United States of America |
| ATTYS FOR PLA: | Gary O. Galiher and L. Richard DeRobertis |
| ATTYS FOR DEFT: | Steven M. Talson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Robert E. Jones | REPORTER: | Gloria Bediamol |
| DATE: | 05/22/2007 | TIME: | 9:50am-l0:55am |

COURT ACTION:  EP: Defendant United States of America's Motion to Dismiss Plaintiffs' Complaint, or in the Alternative for Summary Judgment-Oral Argument Held. This Motion is hereby Submitted.


Submitted by Leslie L. Sai, Courtroom Manager