IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES | Civil No. CV04 00661 REJ BMK |
| MERCY S. BYINGTON, individually and as Personal Representative of the Estate of JIMMY F. BYINGTON, deceased, EVELINE SHORT, and BEVERLY ANN HAUOLI ANI, as Prochein Ami for MARGARET BARBARA HA'EHA'E ANI, a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | J U D G M E N T |

Based upon the record,

IT IS ORDERED AND ADJUDGED this action is dismissed.

DATED this 12th day of June, 2007.

/s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge